

1:24-cv-12618
Judge Sharon Johnson Coleman
Magistrate Judge Keri L. Holleb Hotaling
Direct



**FILED**

DEC 09 2024 VJD

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AO 243 (Rev. 09/17)

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | |
|---|---|---|
| Name (under which you were convicted): MAURICE WALKER | | Docket or Case No.: 16-cr-783 |
| Place of Confinement: MCC Chicago 71 West Van Buren Street, Chicago, IL 60605 | | Prisoner No.: 51833424 |
| UNITED STATES OF AMERICA v. | Movant (include name under which convicted) MAURICE WALKER | |

**MOTION**

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   (b) Criminal docket or case number (if you know): **16 cr 783**

2. (a) Date of the judgment of conviction (if you know):
   (b) Date of sentencing: **Sentencing that is subject of 2255, took place on 10-31-2024.**

3. Length of sentence: **18 months**

4. Nature of crime (all counts): **1 count of Possession of Firearm 922(g)(1)**
   **1 count of conspiracy to obstruct Justice under 18 U.S.C. 1512(k)**

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐ (2) Guilty ☐ (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

   **(No Plea was required)**
   **October 31st 2024 was a New Sentencing with Appeal right.**
   **Resentencing was based on Supervise release violation.**

6. If you went to trial, what kind of trial did you have? (Check one) **N/A** Jury ☐ Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? **N/A** Yes ☐ No ☐

Page 2 of 13

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 243 (Rev. 09/17)

8. Did you appeal from the judgment of conviction? Yes ☐ No ☑

9. If you did appeal, answer the following:
   (a) Name of court: N/A
   (b) Docket or case number (if you know): N/A
   (c) Result: N/A
   (d) Date of result (if you know): N/A
   (e) Citation to the case (if you know): N/A
   (f) Grounds raised:

   (g) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☑
   If "Yes," answer the following:
   (1) Docket or case number (if you know): N/A
   (2) Result: N/A
   (3) Date of result (if you know): N/A
   (4) Citation to the case (if you know): N/A
   (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐ No ☑

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: N/A
        (2) Docket or case number (if you know): N/A
        (3) Date of filing (if you know): N/A
Page 3 of 13

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 243 (Rev. 09/17)

 (4) Nature of the proceeding:   N/A

 (5) Grounds raised:   N/A

 (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
   Yes ☐   No ☒

 (7) Result:   N/A

 (8) Date of result (if you know):   N/A

(b) If you filed any second motion, petition, or application, give the same information:

 (1) Name of court:   N/A

 (2) Docket of case number (if you know):   N/A

 (3) Date of filing (if you know):   N/A

 (4) Nature of the proceeding:   N/A

 (5) Grounds raised:   N/A

 (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
   Yes ☐   No ☒

 (7) Result:   N/A

 (8) Date of result (if you know):   N/A

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

 (1) First petition:   Yes ☐   No ☒

 (2) Second petition:   Yes ☐   No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

  N/A

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 243 (Rev. 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Attorney committed ineffective Assistance of counsel by failing to File timely Appeal after sentencing as I requested and we had Agreed.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

On or about the date of October 31st 2024 My defense Attorney provide ineffective Assistance of counsel by Failing to file appeal a direct After sentencing based on my "specfic request" to do so as we Agreed. And counsel further advised that even if I had made A waiver as to any direct appeal it still could be Appeal to see if it was such a right waived intelligently and completely voluntary. Therefore, defense counsel Amir Mohabbat failure to file any Appeal after sentencing was clearly deficient Performance meeting the First prong of ineffective Assistance because the representation Fail below that of reasonable Professional Attorney's. Prejudice is shown in Lost Of Appeal review.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐  No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

The present issue is one of defense not Appealing After he was ordered to Appeal.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐  No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐  No ☑

Page 5 of 13

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 243 (Rev. 09/17)

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☑

(6) If your answer to Question (c)(4) is "Yes," state: N/A
Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A
Date of the court's decision: N/A
Result (attach a copy of the court's opinion or order, if available):

N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

**GROUND TWO:** Attorney provided ineffective assistance of counsel in violation of 5th and 6th Amendment to U.S. Constitution by Failing to seek Rule 32 as a chance to show new
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Gun Laws for Mitigation.
Defense Counsel was ineffective in the Assistance by Failing to provide Any Argument about new Gun Law decision decided around the country plus in Chicago Illinois directly which would he given the Judge Legal and valid cause to "Mitigate" the sentencing being imposed in Accordance with Federal Rules of criminal procedure Rule 32 And the holding in several United States Courts of Appeal including our own here in Illinois. Wherefore, counsel's Amir Mohabbat is shown and the [prejudice] is establish by the Lost of Freedom and the failure of the United States District court to consider Any Legally Valid Argument on a "binding point of Law resently discovered Notice Evidentairy hearing is needed to see Counsel knew of Laws prior to
(b) Direct Appeal of Ground Two:                                                        Sentencing 10-31-2024.

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☑

Page 6 of 13

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 243 (Rev. 09/17)

(2) If you did not raise this issue in your direct appeal, explain why: Counsel had not made his self ready to present my case at sentencing and failed to Appeal. The present 2255 motion to motion is based on my Attorney's failure to file A direct Appeal After I had told him I wanted A Appeal filed. See ground #one, also.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☑

(2) If you answer to Question (c)(1) is "Yes," state: N/A

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐   No ☑

(6) If your answer to Question (c)(4) is "Yes," state: N/A

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

Page 7 of 13

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 243 (Rev. 09/17)

**GROUND THREE:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): N/A

(b) **Direct Appeal of Ground Three:**
    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐    No ☑
    (2) If you did not raise this issue in your direct appeal, explain why: N/A

(c) **Post-Conviction Proceedings:**
    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ☐    No ☑
    (2) If you answer to Question (c)(1) is "Yes," state: N/A
    Type of motion or petition: N/A
    Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A
Date of the court's decision: N/A
Result (attach a copy of the court's opinion or order, if available): N/A

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes ☐    No ☑
    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ☐    No ☑
    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
        Yes ☐    No ☑

Page 8 of 13

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 243 (Rev. 09/17)

(6) If your answer to Question (c)(4) is "Yes," state: N/A
Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A
Date of the court's decision: N/A
Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: N/A

**GROUND FOUR:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Four:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☑
  (2) If you did not raise this issue in your direct appeal, explain why: N/A

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐   No ☑
  (2) If you answer to Question (c)(1) is "Yes," state: N/A

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 243 (Rev. 09/17)

Type of motion or petition: __N/A__

Name and location of the court where the motion or petition was filed: __N/A__

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available): __N/A__

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☑

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☑

(6) If your answer to Question (c)(4) is "Yes," state: __N/A__

Name and location of the court where the appeal was filed: __N/A__

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available): __N/A__

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __N/A__

13. Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: __N/A__

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging? Yes ☐ No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing:

Mr. Amir Mohabbat

(b) At the arraignment and plea:

N/A

(c) At the trial:

N/A

(d) At sentencing:

Mr. Amir Mohabbat

(e) On appeal:

N/A Currently filing Pro-se to receive a Appeal herein 2255.

(f) In any post-conviction proceeding:

N/A

(g) On appeal from any ruling against you in a post-conviction proceeding: N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ☑ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☑ No ☐

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed: October 31st 2024, Probation revoked.
(c) Give the length of the other sentence: On October 31st 2024, New sentence of 18 month.
(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes ☑ No ☐

Page 11 of 13

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 243 (Rev. 09/17)

18. **TIMELINESS OF MOTION:** If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

Please be advised that the challenge of collateral Attack is not made upon the original sentence under the related case number # 16-cr-783. However, the instant 2255 Motion to vacate and set Aside conviction or sentence is filed to challenge at this time the [Resentencing] which is Legally Able to be "Appeal" and or "Collaterally Attacked."
Therefore, because the "New Sentencing" took Place on the date of October 31st 2024 the instant motion filed pursuant to 2255 is [timely] filed and was filed in "good faith" with only one thing in mind due process of Law as promised by the 5th And 6th Amendment to the United States Constitution.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
   A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
      (1) the date on which the judgment of conviction became final;
      (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
      (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
      (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief:

Whereby, this honorable court is ask to order a evidentairy hearing to establish that the right to file a direct Appeal is Lost do to Counsel; Grant Also any other relief to which movant may be entitled. And Allow counsel to Agree to his failure to timely Appeal, Plus secure a Rule 32, Statement and Argument concerning mitigation based on the new Gun Law decisions around the country plus in illinois as well which would have been the only way to secure direct Appeal review. It is so prayed.

_____N/A_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on __11-27-2024__.
(month, date, year)

Executed (signed) on __October 31st 2024__ (date)

_____[signature]_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Page 13 of 13

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.



Maurice Walker -51833-424
MCC Chicago
Chicago, IL 60605


12/09/2024-13

The Dirkensen Federal Courthouse
The Clerk of Hon. Ms. Sharon Johnson Coleman
219 S. Dearborn
Chicago, IL 60604

(LEGAL MAIL)

(LEGAL MAIL)

RECEIVED
DEC 09 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT